UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

**UNITED STATES OF AMERICA** )
)
)
VS. ) CASE NO.: 3:13-CR-00041
)
)
**CHANTHALA KEETO NIRAVONG** )

Notice is hereby given that, subject to approval by the court, Chanthala Keeto Niravong substitutes Robert T. Vaughn, State Bar Number 6798, as counsel of record in place of Stephanie D. Ritchie.

Contact information for new counsel is as follows:

Firm Name: Robert T. Vaughn, Attorney
Address: 208 3rd Avenue North, 4th Floor, Nashville, Tennessee, 37201
Telephone: (615) 259-1230     Facsimile: (615) 259-9897
Email: robertvaughnlaw@comcast.net

I consent to the above substitution.

Date: 3-11-2013

*Stephanie Ritchie by Robt Vaughn with permission*
(Signature of Party(s))

I consent to being substituted.

Date: _____

_____
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

*Kevin H. Sharp*
Judge