UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:13-00041 |
| v. | ) | Judge Sharp |
| | ) | |
| NESSUN ADOUNDETH | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Set a Change of Plea Hearing (Docket No.54).

The motion is GRANTED and a hearing on a change of plea in this matter is hereby scheduled for Tuesday, November 20, 2013, at 3:00 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE