**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **No. 3:13-00041** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **NESSUN ADOUNDETH** | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Set a Change of Plea Hearing (Docket No.54).

The motion is GRANTED and a hearing on a change of plea hearing in this matter is hereby scheduled for Tuesday, November 19, 2013, at 3:00 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE