UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-00041-4 |
| | ) | Magistrate Judge Knowles |
| CHANTHALA KEETO NIRAVONG | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Set Bond. Docket No. 65. This matter is set for a hearing on **Thursday, December 19, 2013, at 10:30 a.m.** before the undersigned.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge