UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
                 NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:13-00041-4 |
| | ) | |
| CHANTHALA KEETO NIRAVONG | ) | |

## O R D E R

Pursuant to Defendant's Motion to Set Bond (Docket No. 65), the Court held a reopened Detention Hearing on December 19, 2013. During the hearing, the Court heard further proof from Defendant's witnesses with regard to the detention issue.

For the reasons stated on the record in open Court, and for the reasons stated in the undersigned's previous Order of Detention (Docket No. 34), Defendant shall remain detained pending further orders of the Court.

IT IS SO ORDERED.

                                    _____
                                    E. CLIFTON KNOWLES
                                    United States Magistrate Judge